NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent,*

*v.*

JOHN WESLEY HEIDEN, *Petitioner.*

No. 1 CA-CR 21-0128 PRPC

FILED 8-26-2021

Petition for Review from the Superior Court in Yavapai County
No. P1300CR0970517
The Honorable Krista M. Carman, Judge

**REVIEW GRANTED; RELIEF DENIED**

APPEARANCES

Yavapai County Attorney's Office, Prescott
By Sheila Polk
*Counsel for Respondent*

John Wesley Heiden, Florence
*Petitioner*

**MEMORANDUM DECISION**

Presiding Judge D. Steven Williams, Judge David B. Gass, and Judge James B. Morse Jr. delivered the decision of the Court.

**PER CURIAM**:

**¶1**            Petitioner John Wesley Heiden seeks review of the superior court's order denying his petition for post-conviction relief. This is petitioner's latest successive petition.

**¶2**            Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19, 278 P.3d 1276, 1280 (2012). It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, ¶ 1, 260 P.3d 1102, 1103 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**            We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. The petitioner has failed to show an abuse of discretion.

**¶4**            For the foregoing reasons, this court grants review but denies relief.

